*S. H. Millener* for appellant.

*Philip A. Laing* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Arbitration between WILLIAM
BASSETT et al., Copartners under the Firm Name of
BASSETT & O'REILLY Co., Respondents, and JOHN
MAGNER, Appellant.

*Arbitration — claim that arbitrators had refused to consider facts material
to controversy.*

*Matter of Bassett v. Magner*, 212 App. Div. 879, affirmed.

(Argued December 9, 1925; decided January 12, 1926.)

APPEAL from a judgment entered March 18, 1925,
upon an order of the Appellate Division of the Supreme
Court in the second judicial department, which reversed
an order of Special Term denying a motion for confirma-
tion of the report of arbitrators herein and granted said
motion. This proceeding was for the purpose of deter-
mining the amount due under and pursuant to three
certain contracts between the defendant and the claimants,
for the doing of certain work on the defendant's property
in the village of Rye. Appellant contended that a
majority of the arbitrators, contrary to the requirements
of subdivision 3 of section 1457 of the Civil Prac-
tice Act, had refused to consider facts material to the
controversy.

*William A. Davidson* for appellant.

*William Baruch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.